LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

| | |
|---|---|
| **SENDER** <br> ADAM G. SINGER <br> **EMAIL** <br> asinger@adamsingerlaw.com | **DIRECT DIAL** <br> (212) 842 – 2428 <br> **FACSIMILE** <br> (212) 658 – 9682 |

The request is granted. Plaintiff shall file his complaint by July 15, 2024. The Clerk of Court is respectfully directed to close Docket Number 6.

June 28, 2024

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 1320
New York, NY 10007

SO ORDERED.
Date: July 1, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re: *Sanchez v. Experian Information Solutions, Inc.*, 1:24-cv-03352-JPC
   **Plaintiff's First Request for an Extension of Time to File the Complaint**

Dear Judge Cronan:

Plaintiff requests a two-week extension of time to file the complaint. The original deadline for Plaintiff to file the complaint was July 1, 2024. The new date requested is July 15, 2024. No previous requests have been made.

The reason for this request is that Plaintiff is engaging in early settlement discussions with in-house counsel for Defendant Experian Information Solutions, Inc. ("Experian"). These early settlement discussions are being held at Defendant's request and in an effort to avoid the accumulation of unnecessary attorney's fees.

In-house counsel for Experian, Jennifer Sun, has consented to this request on behalf of Experian. (Counsel of record for Experian, Jonathan Floyd, has been contacted, but he is out of office.)

Respectfully submitted,

Adam G. Singer

ROCKLAND
400 RELLA BOULEVARD, SUITE 207-488
MONTEBELLO, NY 10901

www.adamsingerlaw.com

WESTCHESTER
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601