# LAW OFFICE OF ADAM G. SINGER, PLLC

ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

**SENDER**
ADAM G. SINGER
**EMAIL**
asinger@adamsingerlaw.com

**DIRECT DIAL**
(212) 842 – 2428
**FACSIMILE**
(212) 658 – 9682

The request is granted. Plaintiff shall file his complaint by July 29, 2024. The Clerk of Court is respectfully directed to close Docket Number 8.

July 15, 2024

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
U.S. District Court, S.D.N.Y.
500 Pearl Street, Room 1320
New York, NY 10007

SO ORDERED.
Date: July 16, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

Re:    *Sanchez v. Experian Information Solutions, Inc.,* **1:24-cv-03352 (JPC) (RWL)**
      **Plaintiff's Second Request for an Extension of Time to File the Complaint**

Dear Judge Cronan:

Plaintiff requests a further two-week extension of time to file the complaint. The original deadline for Plaintiff to file the complaint was July 1, 2024. The first extension asked for the date to be moved to July 15, 2024, and that request was granted. The new date requested is July 29, 2024.

The reason for this request is that Plaintiff is continuing to engage in early settlement discussions with in-house counsel for Defendant Experian Information Solutions, Inc. ("Experian"). These early settlement discussions are being held at Defendant's request and in an effort to avoid the accumulation of unnecessary attorney's fees.

In-house counsel for Experian, Jennifer Sun, has consented to this request on behalf of Experian.

Respectfully submitted,

*/s/ Adam G. Singer*
Adam G. Singer
**LAW OFFICE OF ADAM G. SINGER, PLLC**
One Grand Central Place
60 E. 42nd Street, Suite 4600
New York, NY 10165
asinger@adamsingerlaw.com
212.842.2428
*Counsel for Plaintiff Edward Sanchez*

**ROCKLAND**
400 RELLA BOULEVARD, SUITE 207- 488
MONTEBELLO, NY 10901

www.adamsingerlaw.com

**WESTCHESTER**
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601